STATE OF NEBRASKA v. WELLS, FARGO & COMPANY.

FILED MARCH 5, 1908. NO. 15,306.

ACTION by the state. Plea in abatement. *Overruled.*

PER CURIAM.

The facts in this case are the same as in *State v. Pacific Express Co., ante,* p. 823.

For the reasons stated in that opinion, the plea in abatement herein is

OVERRULED.